ACCEPTED
15-24-00080-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 3:27 PM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-24-00080-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/21/2025 3:27:32 PM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth District Court of Appeals at Austin, Texas

TEXAS HEALTH AND HUMAN SERVICES COMMISSION,
*Appellant,*

v.

JESSICA CANTO,
*Appellee.*

On Appeal from the 200th District Court of Travis County, Texas
The Honorable Jessica Mangrum, Presiding

## AGREED MOTION TO CORRECT THE ADMINISTRATIVE RECORD

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:(512) 475-4166
rosalind.hunt@oag.texas.gov

ATTORNEYS FOR APPELLANT
TEXAS HEALTH AND HUMAN SERVICES
COMMISSION

Appellant the Texas Health and Human Services Commission and Appellee Jessica Canto file this Agreed Motion to Correct the Administrative Record pursuant to Rule 36.3(a) of the Texas Rules of Appellate Procedure.

After the administrative record was filed with the Court of Appeals, the Appellant learned that the administrative record was incomplete. Only the sealed portion of the record was filed on May 7, 2025, and the un-sealed portion of the record was missing.

The Notice of Filing of the Administrative Record stated that the record included two USB flash drives, containing:

(1) a 363-page pdf document with sensitive data redacted as required by Texas Rule of Civil Procedure 21c;

(2) The sealed record, including an Agreed Order Sealing Restricted Information, one audio file, eighteen video files, and one 168-page pdf document.

However, the Travis County district clerk's office only received one USB flash drive. That flash drive contained the sealed portion of the record and was filed with the Court of Appeals. The parties now wish to supplement the administrative record with 363-page pdf document with sensitive data redacted as required by Texas Rule of Civil Procedure 21c. All parties agree that this document should have been included in the record.

Upon granting of this motion, Appellant will file a supplemental administrative record with the Travis County district clerk containing an official certification of the record and the 363-page pdf document.

## PRAYER

The parties respectfully request the Court to grant this motion to correct the administrative record and allow Appellant to supplement the record with 363-page pdf document.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Rosalind L. Hunt*
ROSALIND L. HUNT
State Bar No. 24067108
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone:(512) 475-4166
rosalind.hunt@oag.texas.gov

ATTORNEYS FOR APPELLANT
TEXAS HEALTH AND HUMAN SERVICES
COMMISSION

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 21, 2025, the undersigned counsel for Appellant conferred with counsel for Appellee and Appellee agrees and joins in the filing of this motion.

/s/ Rosalind L. Hunt
ROSALIND L. HUNT
ATTORNEY FOR APPELLANT
TEXAS HEALTH AND HUMAN SERVICES
COMMISSION

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2025, a true and correct copy of the above and forgoing document has been served to the following party of record via electronic service and/or electronic mail:

Kim Cox
State Bar No. 04951500
Law Office of Kim A. Cox
4101 S. Alameda St.
Corpus Christi, Texas 78411
(361) 883-3265
kimacox@aol.com

ATTORNEY FOR APPELLEE

/s/ Rosalind L. Hunt
ROSALIND L. HUNT
ATTORNEY FOR APPELLANT
TEXAS HEALTH AND HUMAN
SERVICES COMMISSION

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Rosalind Hunt
Bar No. 24067108
jennifer.foster@oag.texas.gov
Envelope ID: 101122313
Filing Code Description: Motion
Filing Description: Agreed Motion to Correct the Administrative Record
Status as of 5/21/2025 4:19 PM CST

Associated Case Party: Tex Health & Human Services Comm

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 5/21/2025 3:27:32 PM | SENT |

Associated Case Party: Jessica Canto

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pamela MWilliams | | pmrshwms40@aol.com | 5/21/2025 3:27:32 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 5/21/2025 3:27:32 PM | SENT |
| Kim Cox | | kimacox@aol.com | 5/21/2025 3:27:32 PM | ERROR |